IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANYL LOCKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv121-MHT |
| | ) | (WO) |
| KOCH FOODS OF ALABAMA LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Based on the representation made on the record on July 1, 2014, and the court being of the opinion that the plaintiff's characterization of his complaint is supported by the allegations in his complaint, it is ORDERED that the motion to amend (doc. no. 45) is denied.

The previous denial of the motions to dismiss (doc. nos. 25, 29, & 30) is without prejudice to the right of the movants still to challenge the plaintiff's complaint as characterized during the July 1 hearing--though the court

believes that the issues raised in the dismissal motions are best addressed on summary judgment.

DONE, this the 2nd day of July, 2014.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE